53 So.2d 897

**Laura WASHINGTON v. CITY OF BIR-
MINGHAM.**

6 Div. 130.

Court of Appeals of Alabama.

April 24, 1951.

Rehearing Denied May 15, 1951.

732

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

HARWOOD, Judge.
Affirmed.